# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### WINSTON-SALEM DIVISION

IN RE:

BRYANT FRANKLIN KING,

     DEBTOR.

CASE NO. 26-50112
CHAPTER 13

## OBJECTION TO CONFIRMATION

COMES NOW, NewRez LLC as servicer for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J13, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J13 ("NewRez"), and for objection to the confirmation of the Debtor's Chapter 13 Plan, states the following:

1.      THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE HOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2004-J13, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-J13 is a secured creditor of the debtor, Bryant Franklin King (the "Debtor") with respect to real property commonly known as 108 Carmel Court, Kernersville, North Carolina 27284 (the "Property").

2.      The Debtor is in default under the subject Note and Mortgage by having failed to make the payment due on November 1, 2018 and each payment due thereafter.

3.      As of February 20, 2026, the date that the instant bankruptcy was filed, the arrearage amount was approximately $141,786.38, which will be more particularly set forth in a Proof of Claim that will be filed prior to the claim deadline.

4.      Debtor's Plan fails to adequately provide for the claim of NewRez. Debtor states in the Plan that the pre-petition arrears owed to Shellpoint total approximately $90,000.00. Pursuant to 11 U.S.C. sections 1325(a)(5)(B)(ii) and 1325(a)(6), because the plan does not fully provide for the pre-petition arrears owed to Secured Creditor, the plan must not be confirmed.

{09056780; 1}

5.      As a result of the foregoing, the Debtor's Chapter 13 Plan is not confirmable as the Plan fails to provide for the full claim of NewRez. As such, NewRez objects to the confirmation of the Debtor's Chapter 13 Plan.

WHEREFORE, PREMISES CONSIDERED, NewRez respectfully requests that this Honorable Court deny confirmation of the Debtor's Chapter 13 Plan as proposed.

This the 26th day of March. 2026.

By: /s/ Benjamin A. Barco
Benjamin A. Barco, NCSB No. 39518
Crawford and von Keller, PLLC
Attorneys for NewRez LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the holders of CWALT, Inc., Alternative Loan Trust 2004-J13, Mortgage Pass Through Certificates Series 2004-J13
710 Military Cutoff Rd., Suite 250
Wilmington, NC 28405
Phone: (910) 363-1637
Fax: (910) 363-1650
Email: ben@crawfordvk.com

{09056780; 1}

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**WINSTON-SALEM DIVISION**

IN RE:

BRYANT FRANKLIN KING,

     DEBTOR.

CASE NO. 26-50112
CHAPTER 13

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on March 26, 2026, via the manner of service indicated below.

**VIA CM/ECF ELECTRONIC NOTICE**

Bankruptcy Administrator
John Paul Hughes Cournoyer
U.S. Bankruptcy Administrator
101 South Edgeworth Street
Greensboro, NC 27401

Trustee
Brandi L. Richardson
Winston-Salem Chapter 13 Office
2000 West First St.,Suite 300
P. O. Box 2115
Winston-Salem, NC 27102-2115

**VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

Bryant Franklin King
108 Carmel Court
Kernersville, NC 27284

By:  /s/ Amanda Rhew
Amanda Rhew

March 26, 2026

{09056780; 1}